## IOWA CITY DOWNTOWN HISTORIC DISTRICT



(Source: Baseline map, https://www.maps.google.com.)

The district boundary is noted in red with the blue outline marking the Ped Mall.