IOWA ECONOMIC DEVELOPMENT AUTHORITY
1963 Bell Avenue, Ste. 200  |  Des Moines, Iowa  50315  USA  |  Phone: 515.348.6200
iowaeda.com

May 9, 2024

Sent via USPS, Postage Prepaid, to:

Bruce Teague
Mayor
City of Iowa City
410 E. Washington St.
Iowa City, Iowa 52240

**NOTICE OF SUSPENSION OF ELIGIBILITY -
CERTIFIED LOCAL GOVERNMENT PASS-THROUGH GRANT**

Dear Mayor Teague:

The Office of Historic Preservation, State Historical Society of Iowa (the "OHP"), the predecessor entity to the Iowa State Historic Preservation Office (the "SHPO"), granted Certified Local Government ("CLG") status to the City of Iowa City (the "City") in 1987. The OHP and the City entered into a Certified Local Government (CLG) Agreement ("CLG Agreement") at that time. The City has maintained CLG status since the CLG Agreement was executed.

Under the terms of the CLG Agreement, the City is required to, among other things:

1. Enforce all appropriate state and local ordinances for designating and protecting historic properties; and
2. Refrain from unlawfully discriminating on the basis of sex, race, color, and/or national origin in any of its activities in implementing its programs.

36 CFR section 61.6(e) provides that the SHPO must ensure that CLGs "(1) Enforce appropriate State or local legislation for the designation and protection of historic properties." 36 CFR section 61.6(e)(5) provides that:

> The SHPO must monitor and evaluate the performance of each CLG according to written standards and procedures that the SHPO establishes. If a SHPO's evaluation of a CLG's performance indicates that such performance is inadequate, the SHPO must suggest in writing ways to improve performance. If, after a period of time that the SHPO stipulates, the SHPO determines that the CLG has not improved its performance sufficiently, the SHPO may recommend that the Secretary decertify the local government. If the Secretary does not object within 30 working days of receipt, the Secretary has approved the decertification.

It has come to the attention of the SHPO that Shawn E. Shearer, an attorney representing Kevin Perez, has filed multiple lawsuits against the City of Iowa City. Mr. Perez is a member of Short's Burger & Shine, L.L.C., which operates Short's Burger & Shine located at 18-20 South Clinton (the "Premises") in Iowa City. The Premises is listed in the National Register of Historic Places as part of the Iowa City Downtown District.

Case 3:24-cv-00059-RGE-SBJ   Document 1-5   Filed 07/16/24   Page 2 of 3

**COMPLAINT                    EXHIBIT E                    Page 2 of 3**

**IOWA ECONOMIC DEVELOPMENT AUTHORITY**
1963 Bell Avenue, Ste. 200 | Des Moines, Iowa 50315 USA | Phone: 515.348.6200
iowaeda.com

The lawsuits include, most recently, a petition alleging violations of the Racketeer Influenced and Corrupt Organizations Act (RICO) and petitions for writs alleging failure to complete a required historic review process before removing a patio attached to the Premises and failure to enforce ordinances related to protection of historic properties, including ordinances pertaining to "demolition by neglect". On February 21, 2024, a petition was filed alleging multiple civil rights violations.

The City submitted its SHPO Certified Local Government Annual Report for 2023 (the Report") on February 26, 2024. CLGs are asked to describe "issues, challenges or successes your preservation commission encountered this year." Technically, the City was not required to report that the Petition had been filed on February 21, 2024 and may not have been served with the Petition prior to submission of the Report. However, the writs regarding failure to enforce ordinances and failure to complete the historic review process were filed August 23, 2023 and September 8, 2023. The writs pertain, not only to acts or omissions by the City, but also acts or omissions by the Iowa City Historic Preservation Commission (the "ICHPC"). Also, the Chief Legal Counsel for the Iowa Economic Development Authority ("IEDA"), which houses the SHPO and provides assistance, including legal counsel, to the SHPO, has informed the State Historic Preservation Officer that she has been copied in on email exchanges between Mr. Shearer and multiple persons associated with the City, including but not limited to, Assistant City of Iowa City Attorney Elizabeth Craig, between September 2023 and the present referencing allegations set out in the writs and the petitions. The allegations made prior to submission of the annual report certainly present issues and challenges encountered by the ICHPC and to the City as a CLG and should have been described in the report.

If the allegations set out in the pending litigation are true and accurate, the City has not enforced state and local ordinances for protecting historic properties and unlawfully discriminated against Mr. Perez on the basis of race and/or national origin. The allegations and failure by the City to report the allegations are indicative of inadequate performance as a CLG. It is the SHPO's understanding that the City disputes the allegations set out in the petitions and writs. Therefore, the SHPO is not recommending at this time that the Secretary of the Interior decertify the City as a CLG. However, **effective immediately, the City's eligibility for a portion of the State of Iowa's annual Historic Preservation Fund Award (CLG Pass-Through Grant) is suspended pending resolution of litigation between Mr. Perez and the City**.

If you have any questions regarding this notice or the suspension of eligibility, please contact IEDA Chief Legal Counsel Rita C. Grimm at 515 358-6412 or Rita.Grimm@IowaEDA.com.

Sincerely,

*Heather Gibb*

Heather Gibb
Iowa State Historic Preservation Commission

**IOWA ECONOMIC DEVELOPMENT AUTHORITY**
1963 Bell Avenue, Ste. 200  |  Des Moines, Iowa  50315  USA  |  Phone: 515.348.6200
iowaeda.com



cc:  SHPO Certified Local Government Coordinator Allison Archambo
   IEDA | IFA Chief Legal Counsel Rita C. Grimm at Rita.Grimm@iowaeda.com
   Shawn Shearer at shawn@shearerlaw.pro
   Elizabeth Craig at lcraig@iowa-city.org
   Sheryl Ellington, EEO Manager, WASO EEO Program (Informal) at eeo@nps.gov
   Megan Brown, Chief State, Tribal, Local Plans & Grants, NPS, at Megan_Brown@nps.gov

Governor Kim Reynolds     |     Lt. Governor Adam Gregg     |     Director Debi V. Durham